UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED
(page 2)**

RACHEL LIU,

                *Plaintiff*,

v.

88 LEXINGTON AVENUE CONDOMINIUM; 90 LEXINGTON AVENUE CONDOMINIUM; GUMLEY-HAFT LLC; and LIV UNLTD, LLC,

                *Defendants*.

Civ. No. 25-3553

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COMPLAINT**

      **PLEASE TAKE NOTICE** that upon the Declaration of David John Hommel dated September 8, 2025 and all other accompanying papers, Plaintiff Rachel Liu will move this Court, in accordance with Federal Rule of Civil Procedure 15(a)(2), before the Honorable Jennifer H. Rearden at the Daniel Patrick Moynihan United States Courthouse, Courtroom 12B, 500 Pearl Street, New York, New York 10007, for an order granting Plaintiff's Unopposed Motion to Amend the Complaint and mooting Defendant LIV unLtd, LLC's Motion to Dismiss.[1]

      Respectfully submitted,

      _____
      David John Hommel, Esq.
      **EISENBERG & BAUM, LLP**
      24 Union Square East, PH

---

[1] "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiff received consent to amend the Complaint from Defendants 88 Lexington Avenue Condominium, 90 Lexington Avenue Condominium, and Gumley-Haft, LLC. Hommel Decl. ¶ 6. The final party (Defendant LIV unLtd, LLC) stated that it would not object to an amended complaint and does not expect an opposition brief to the pending Motion to Dismiss. *Id.* ¶¶ 7–8.

1

New York, NY 10003
(212) 353-8700
dhommel@eandblaw.com
*Attorneys for Rachel Liu*

Application GRANTED. Plaintiff may file the Amended Complaint attached at ECF No. 29-1. Defendant LIV UNLTD, LLC's motion to dismiss is denied as moot.

The Clerk of Court is directed to terminate ECF Nos. 26 and 29.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Judge Rearden, U.S.D.J.
Dated: September 19, 2025